IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ROBERT WILLICH, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:16-CV-340-RP-JCM |
| SANDERSON FARMS, INC. (PROCESSING DIVISION), | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

After a two-day jury trial, the jury in this case returned a verdict in favor of Plaintiff Robert Willich ("Willich") on December 13, 2017. The Court granted equitable relief in the form of front pay on April 17, 2018. Accordingly, the Court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Willich shall recover from Defendant Sanderson Farms, Inc. (Processing Division) ("Sanderson Farms") actual damages in the amount of Two Hundred and Twenty Five Thousand Nine Hundred and 67/100 Dollars ($225,900.67).

**IT IS FURTHER ORDERED** that Willich shall recover from Sanderson Farms prejudgment interest on actual damages in the amount of Four Thousand Nine Hundred Sixty Five and 7/100 Dollars ($4,965.07).

**IT IS FURTHER ORDERED** that all court costs are taxed against Sanderson Farms and that Willich shall recover his court costs as provided by law. Willich shall filed his bill of costs in accordance with Federal Rule of Civil Procedure 54.

**IT IS FURTHER ORDERED** that Willich is entitled to postjudgment interest on the entire judgment, including compensatory damages, punitive damages, equitable relief, prejudgment

1

interest, attorney's fees and costs, at the rate of 2.24% per year, compounded annually, from the date of entry of this final judgment until Sanderson Farms has paid the entire final judgment in full.

**IT IS FURTHER ORDERED** that Willich shall file a motion for attorney's fees and nontaxable expenses, if at all, within 14 days of the date this final judgment is entered.

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED**.

**SIGNED** on May 11, 2018.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE