# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 19, 2019

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 18-50971   Robert Willich v. Sanderson Farms, Inc.
                        USDC No. 6:16-CV-340

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Roeshawn A. Johnson, Deputy Clerk
                504-310-7998

cc:  Mr. Stephen John Roppolo
     Mr. Michael Lee Scanes
     Mr. Joel Shields
     Mr. Tyler Bass Talbert
     Mr. Benjamin Curtis Yelverton

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-50971
_____

ROBERT WILLICH,

    Plaintiff - Appellee

v.

SANDERSON FARMS, INCORPORATED (PROCESSING DIVISION),

    Defendant - Appellant

_____

Appeal from the United States District Court
for the Western District of Texas
_____

**A True Copy**
**Certified order issued Mar 19, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of March 19, 2019, pursuant to appellant's motion.

                          LYLE W. CAYCE
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

                          *Roeshawn Johnson*

                          By: _____
                          Roeshawn A. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT